```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
FIONA MURPHY,                                       :
                                                    :
                        Plaintiff,                  :
                                                    :        21 Civ. 1118 (JPC)
            -v-                                     :
                                                    :        ORDER
DEPARTMENT STORES NATIONAL BANK et al.,             :
                                                    :
                        Defendants.                 :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 25, 2021, Plaintiff filed a notice of dismissal as to Defendant Department Stores National Bank. Dkt. 7. That same day, Plaintiff filed two letters advising the Court that she is finalizing settlement with Defendants TransUnion, LLC and Equifax Information Services, LLC and requesting a stay of all deadlines applicable to those Defendants. Dkts. 8-9. The Court granted this request on March 1, 2021 and directed the parties to file a joint status letter with the Court by March 26, 2021 if this action is not dismissed by that date. Dkt. 10.

On March 30, 2021, Plaintiff and Defendant TransUnion, LLC filed a stipulation of dismissal with prejudice. Dkt. 11. To date, however, neither a stipulation of dismissal has been filed as to Defendant Equifax Information Services, LLC nor a status letter describing the status of settlement discussions.

It is ordered that by April 23, 2021, Plaintiff shall file a status letter as described in the Court's Order dated March 1, 2021, Dkt. 10, or a notice of dismissal as to Defendant Equifax Information Services, LLC.

SO ORDERED.

Dated: April 12, 2021
New York, New York

JOHN P. CRONAN
United States District Judge